# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR NO: 08-0342 -JAM
)
VINH VAN VO

**FILED**
AUG 05 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee:     **VINH VAN VO**

Detained at (custodian):   Rio Cosumnes Correctional Center

Detainee is:   a.)   ☒ charged in this district by:
  ☒ Indictment   ☐ Information   ☐ Complaint
  Charging Detainee **With:Conspiracy to Distribute and to Possess with Intent to Distribute MDMA**

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ☐ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:/s/ Jill M. Thomas
Printed Name & Phone No: **JILL M. THOMAS 916/554/2781**
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

8/5/08
Date _____   United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Male ☒ | Female ☐ |
| Booking or CDC #: | X-4076187 | DOB: | 11/18/1987 |
| Facility Address: | Rio Cosumnes Correctional Center | Race: | |
| | 12500 Bruceville Road, Elk Grove, CA. 95757 | FBI #: | |

Phone:916-874-1927

Currently Incarcerated For:   HS 11377(A)-Possession of Narcotics and Specified Non-Narcotics; HS11360(A)-Unlawful Transportation and/or Sale of Marijuana

---

**RETURN OF SERVICE**

Executed on _____ by _____   _____
(Signature)

Form Crim-48                                                                                       Revised 11/19/97