LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
VINH VAN VO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br> vs.<br><br>VINH VAN VO<br><br>    Defendant. | Case No.: CR S-08-342-MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND SETTING SCHEDULE RE PSR** |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, Vinh Vo, by and through his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for December 9, 2010, at 9:00 a.m. be continued to March 3, 2011, at 9:00 a.m. It is requested that the Court adopt the following schedule for disclosure of and objections to the pre-sentence report.

    Disclosure of draft PSR:        January 20, 2011

    Written objections to draft PSR:    February 3, 2011

    Filing of final PSR:              February 10, 2011

- 1

Motion for correction of PSR:     February 17, 2011

Reply:     February 24, 2011

The basis for this continuance, which is at the request of the defense, is to allow the defense sufficient time to prepare for the probation interview.

Dated: Nov. 19, 2010                    Respectfully submitted,

*/s/Lindsay Weston*
_____
LINDSAY ANNE WESTON
Attorney for Defendant
VINH VAN VO


Date: Nov. 19, 2010                     BENJAMIN WAGNER
                                        United States Attorney

*/s/ Lindsay Weston for Jill Thomas*
_____
JILL THOMAS
Assistant United States Attorney
Per e-mail authorization

**ORDER**

IT IS SO ORDRED.

DATED: November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE