LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
VINH VAN VO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

   vs.

VINH VAN VO

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.:  CR S-08-342-MCE

**STIPULATION AND ORDER
CONTINUING SENTENCING HEARING
AND SETTING SCHEDULE RE PSR**
.

      It is hereby stipulated and agreed to between the United States of America

through Jill Thomas, Assistant United States Attorney, and defendant, Vinh Vo, by and through

his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled

for March 3, 2011, at 9:00 a.m. be continued to April 28, 2011, at 9:00 a.m. It is requested that

the Court adopt the following schedule for disclosure of and objections to the pre-sentence

report.

| | |
|---|---|
| Disclosure of draft PSR: | March 17, 2011 |
| Written objections to draft PSR: | March 31, 2011 |
| Filing of final PSR: | April 7, 2011 |
| Motion for correction of PSR: | April 14, 2011 |
| Reply: | April 21, 2011 |

- 1

The basis for this continuance, which is at the request of the defense, is to allow the defense sufficient time to present additional factual and legal information to the probation officer to be included in the re-sentence report. The probation interview has been conducted and the defendant, who is in custody, is not opposed to the continuance.

Dated: February 22, 2011                    Respectfully submitted,

                                            */s/Lindsay Weston*
                                            _____
                                            LINDSAY ANNE WESTON
                                            Attorney for Defendant
                                            VINH VAN VO


Date: February 22, 2011                     BENJAMIN WAGNER
                                            United States Attorney

                                            */s/ Lindsay Weston for Jill Thomas*
                                            _____
                                            JILL THOMAS
                                            Assistant United States Attorney
                                            Per e-mail authorization


**ORDER**

IT IS SO ORDRED.

DATE:  February 25, 2011

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE