1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES,                    No. 2:08-cr-00342-MCE
12          Plaintiff,
13      v.                            **ORDER REGARDING SENTENCING MEMORANDA**
14  VINH VO,
15          Defendants,
16  _____ /
17      If any party wishes to file a sentencing memorandum in
18  advance of imposition of judgment and sentencing, said
19  memorandum shall be filed on or before 5:00 p.m., seven (7)
20  calendar days in advance of the date set for judgment and
21  sentencing.  Any response thereto shall be filed on or
22  before 3:00 p.m., (3) calendar days in advance of the date
23  set for judgment and sentencing.
24  ///
25  ///
26  ///
27  ///
28  ///

1  The parties are cautioned that if any sentencing memoranda
2  is filed late, the judgment and sentencing date may be
3  vacated and the matter continued.
4      IT IS SO ORDERED.

Dated: April 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE