LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
VINH VAN VO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VINH VAN VO<br><br>　　　　Defendant. | Case No.: 2:08-cr-00342-MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND SETTING SCHEDULE RE PSR** |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, Vinh Vo, by and through his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for June 9, 2011, at 9:00 a.m. be continued to July 7, 2011, at 9:00 a.m. It is requested that the Court adopt the following schedule for disclosure of and objections to the pre-sentence report.

　　　　Written objections to draft PSR:　　June 2, 2011

　　　　Filing of final PSR:　　　　　　　June 16, 2011

　　　　Motion for correction of PSR:　　　June 23, 2011

　　　　Reply:　　　　　　　　　　　　　June 30, 2011

The basis for this continuance, which is at the request of the defense, is to allow the defense sufficient time to respond to the draft pre-sentence report which has already been disclosed.

Dated: May 20, 2011                     Respectfully submitted,

                                        */s/Lindsay Weston*
                                        _____
                                        LINDSAY ANNE WESTON
                                        Attorney for Defendant
                                        VINH VAN VO

Date: May 20, 2011                      BENJAMIN WAGNER
                                        United States Attorney

                                        */s/ Lindsay Weston for Jill Thomas*
                                        _____
                                        JILL THOMAS
                                        Assistant United States Attorney
                                        Per e-mail authorization

**ORDER**

   IT IS SO ORDRED.

**Date: 5/23/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE