LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
VINH VAN VO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   Case No.: CR S-08-342-MCE
        Plaintiff, )
  vs. )   **STIPULATION AND ORDER**
 )   **CONTINUING SENTENCING HEARING**
VINH VAN VO )   **AND SETTING SCHEDULE RE PSR**
        Defendant. )   .
 )

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, Vinh Vo, by and through his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for July 9, 2011, at 9:00 a.m. be continued to August 25, 2011, at 9:00 a.m. The draft pre-sentence report was disclosed and the defense filed a lengthy informal response. It is requested that the Court adopt the following schedule for disclosure of and objections to the pre-sentence report.

///

///

///

///

- 1

| Filing of final PSR: | July 28, 2011 |
|---|---|
| Motion for correction of PSR: | August 11, 2011 |
| Reply: | August 18, 2011 |

Dated: July 5, 2011                    Respectfully submitted,

*/s/Lindsay Weston*
_____
LINDSAY ANNE WESTON
Attorney for Defendant
VINH VAN VO

Date: July 5, 2011                    BENJAMIN B. WAGNER
United States Attorney

*/s/ Lindsay Weston for Jill Thomas*
_____
JILL THOMAS
Assistant United States Attorney
Per e-mail authorization

**ORDER**

IT IS SO ORDRED.

**Date: 7/11/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE