LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
VINH VAN VO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VINH VAN VO<br><br>　　　　Defendant. | Case No.:  CR S-08-342-MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND SETTING SCHEDULE RE PSR** . |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, Vinh Vo, by and through his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for September 29, 2011, at 9:00 a.m. be continued to November 3, 2011, at 9:00 a.m. The final sentence report was disclosed after consideration of the lengthy defense informal response. The defense requests additional time to prepare the sentencing memorandum and objections.

///

///

///

///

- 1

It is further requested the Court adopt the following schedule for objections to the final pre-sentence report.

        Motion for correction of PSR:      October 20, 2011

        Reply:      October 27, 2011

Dated: September 22, 2011      Respectfully submitted,

      */s/Lindsay Weston*

      LINDSAY ANNE WESTON
      Attorney for Defendant
      VINH VAN VO

Date: September 22, 2011      BENJAMIN B. WAGNER
      United States Attorney

      */s/ Lindsay Weston for Jill Thomas*

      JILL THOMAS
      Assistant United States Attorney
      Per e-mail authorization

**ORDER**

    IT IS SO ORDERED.

September 28, 2011

      MORRISON C. ENGLAND, JR
      UNITED STATES DISTRICT JUDGE