LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
VINH VAN VO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA </br> Plaintiff, </br> vs. </br> VINH VAN VO </br> Defendant. | Case No.: CR S-08-342-MCE </br></br> **STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND SETTING SCHEDULE RE PSR** . |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, Vinh Vo, by and through his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for December 1, 2011, at 9:00 a.m. be continued to January 12, 2011, at 9:00 a.m. The final sentence report was disclosed after consideration of the lengthy defense informal response, thirty three pages plus attachments. The defense requests additional time to complete preparation of the sentencing memorandum and objections. The government has requested, and the defense agrees, that this should be the final request for a continuance of the sentencing.

////

////

- 1

It is further requested the Court adopt the following schedule for objections to the final pre-sentence report.

      Motion for correction of PSR:      December 29, 2011

      Reply:      January 5, 2012

Dated: November 30, 2011      Respectfully submitted,

*/s/Lindsay Weston*

LINDSAY ANNE WESTON
Attorney for Defendant
VINH VAN VO

Date: November 30, 2011      BENJAMIN B. WAGNER
United States Attorney

*/s/ Lindsay Weston for Jill Thomas*

JILL THOMAS
Assistant United States Attorney
Per e-mail authorization

**ORDER**

**IT IS SO ORDRED**.

Dated: December 6, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE